FILED

10/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0412

_____

IN THE MATTER OF:

T.A.,

      Respondent and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 18, 2021, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
October 12 2021